D/F

# ELIZABETH E. MACEDONIO
ATTORNEY AT LAW
42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361
TELEPHONE (718) 279-3770
FAX (718) 281-0850
EMAIL: emacedonio@yahoo.com

February 22, 2006

Via Facsimile 718-613-2386

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted.*
*So ordered.* (..., USDJ)
*2/22/06*
*cc: Counsel*

Re: <u>United States v. Athos Gontijo</u>
02 Cr. 1055 (ARR)

Dear Judge Ross:

This letter is written to respectfully request that Mr. Gontijo be permitted to travel to Miami, Florida for an annual business trip from February 27 to March 4, 2006.

For background purposes, it may help the Court to know that Mr. Gontijo has been at liberty since his arrest on October 24, 2001 without incident. Moreover, Mr. Gontigo's pretrial reporting conditions were terminated due to his strict compliance. The government has no objection to the within request.

I thank Your Honor for her consideration in this matter.

Respectfully,

Elizabeth E. Macedonio

cc: Suzanne McDermott, AUSA - Via Facsimile 718-254-6327

C/M